IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STRUCTURAL CONCEPTS, INC., | ) | |
| | ) | |
| | ) | No. 05-441c |
| Plaintiff, | ) | (Judge Horn) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S FIRST UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a twenty-one (21) day enlargement of time, to and including June 24, 2005, to file a response to the complaint. Our response is currently due on June 3, 2005. This is defendant's first request for an enlargement for this purpose. Kelly Decker, counsel for plaintiff, indicated she does not oppose this motion.

Upon being assigned responsibility for this matter, defendant's counsel promptly forwarded a copy of the complaint to the U.S. Army Corps of Engineers. Despite diligent efforts, the agency has advised us that it will be unable to provide counsel with the statutorily required litigation report in sufficient time for counsel to prepare a response to the complaint by the current due date. This enlargement is necessary to ensure adequate time for the agency to prepare a litigation report. The additional time requested is also necessary for undersigned counsel to confer with the agency, to prepare a thorough response, and to obtain the necessary supervisory review of the Government's response.

For the foregoing reasons, defendant respectfully requests the Court to grant this motion for enlargement of time of twenty one (21) days, to and including, June 24, 2005, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: 8th floor Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

May 24, 2005

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 24th day of May, 2005 a copy of the foregoing "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan