# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**STRUCTURAL CONCEPTS, INC.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-441C**
**Filed: May 24, 2005**

**ORDER**

The court is in receipt of defendant's May 24, 2005, unopposed motion for enlargement of time to respond to plaintiff's complaint. The defendant requests an enlargement of 21 days within which to respond to the plaintiff's complaint. The court **GRANTS** defendant's motion and **ORDERS** defendant to respond to plaintiff's complaint on or before **Friday, June 24, 2005**.

**IT IS SO ORDERED.**

S/ Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**