US Army Corps
of Engineers®
NEW YORK DISTRICT

MILLER DYER SPEARS INC.
BOSTON, MASSACHUSETTS

# FY99 NAF
# GOLF CLUBHOUSE

McGUIRE AIR FORCE BASE
WRIGHTSTOWN, NEW JERSEY

# Specifications

IFB No. NAF6V3-00-B-0004

(UNRESTRICTED)

M TAB TAB TAB TAB TAB

# SOLICITATION, OFFER, AND AWARD (Nonappropriated Funds)

For use of this form, see AR 215-4; the proponent agency is ODCSPER
Award will be made on this form or by other official written notice.

PAGE OF
1

1. CONTRACT (Proc. Inst. Ident.) NO.
NAF6V3-00B-0004

2. SOLICITATION NO.
X SEALED BIDDING (IFB)
___ NEGOTIATED (RFP)

3. DATE ISSUED

4. PURCHASE REQUEST NO.
W16ROE-9307-4723

5. ISSUED BY
NYDUS ARMY CORPS OF ENGINEERS
26 FEDERAL PLAZA, ROOM 1843
NEW YORK, NEW YORK 10278

6. ADDRESS OFFER TO (If other than Block 5)

## SOLICITATION

7. Sealed offers in original and 1 copies for furnishing the supplies or services described in the Schedule will be received at the place specified in block 6, OR IF HAND-CARRIED, IN THE DEPOSITARY LOCATED IN ROOM 1841, 26 FEDERAL PLAZA until 11 Jan 2000 10:00 A.M. (Time, Zone, and Date) if this is a sealed bid solicitation, offers will be publicly opened at that time.

CAUTION - LATE OFFERS. See para 7, DA Form 4070-R, Solicitation Instructions and Conditions. (Section L.)

NO APPROPRIATED FUNDS OF THE UNITED STATES SHALL BECOME DUE, OR BE PAID, THE CONTRACTOR BY REASON OF THIS CONTRACT.

All offers are subject to the following:

1. The attached Solicitation Instructions and Conditions.
2. The Contract Clauses, which are attached or incorporated herein by reference.
3. The Schedule attached hereto.
4. Such other provisions, representations, certifications, and specifications as are attached or incorporated herein by reference. (Attachments are listed in the Schedule.)

FOR INFORMATION CALL (Name and Telephone No.)(No collect calls): KIM D. SHARPLESS, 212-264-0241

## TABLE OF CONTENTS

8. The following Checked Sections are incorporated.



| (√) | SEC | DESCRIPTION | PAGE(S) | (√) | SEC | DESCRIPTION CLAUSES | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | 70 |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS/WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATOINS AND OTHER STATEMENTS OF OFFERORS | 9 |
| | F | DELIVERIES OR PERFORMANCE | | | L | INSTR., CONDS., AND NOTICES TO OFFERORS | 4 |
| | G | CONTRACT ADMINISTRATION DATA | | | M | EVALUATION FACTORS FOR AWARD | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | | | |



## OFFER

9. In compliance with the above, the undersigned offers and agrees to furnish any or all items upon which prices are offered and to deliver at the designated point(s) within the time set forth in the schedule, if this offer is accepted within 60 calendar days from the date specified for receipt of the offers (60 calendar days unless a different period is inserted by the offeror).

| 10. ACKNOWLEGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numberd and dated.) | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | 0001 | 12-30-99 | 0003 | 1-12-00 |
| | 0002 | 1-7-00 | 0004 | 1-20-00 |

11. DISCOUNT FOR PROMPT PAYMENT (See para 8, DA Form 4070-R)(Section L.)
____ % 10 Calendar Days; ____ % 20 Calendar Days; ____ % 30 Calendar Days; ____ % ____ Calendar Days.

12. OFFEROR'S NAME & ADDRESS (Street, City, State, & ZIP Code)(Include Area Code and Telephone No.)
Structural Concepts, Inc.
1305 S.Roller Road
Ocean, NJ 07712
Tel. 732-493-3373
Fax 732-493-3307
DUNS #19711-3582

13. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER
George Moutis,
President

Check if Remittance Address is Different from above.
___ Enter such address in schedule.

14. SIGNATURE [signature]

15. OFFER DATE
1-27-00

## AWARD (To Be Completed by Fund)

16. ACCEPTED AS TO ITEMS NUMBERED
See A-1

17. AMOUNT

18. ADMINISTERED BY (If other than Block 5)
See A-1

19. SUBMIT INVOICES (4 copies unless otherwise specified) TO ADDRESS SHOWN IN BLOCK ____ See A-1

21. PAYMENT WILL BE MADE BY
See A-1

20. ACCOUNTING DATA
See A-1

22. NAME AND SIGNATURE OF CONTRACTING OFFICER
[signature]

23. AWARD DATE
9 Jan 20

NAF6V3-00-B-0004

SECTION 00010
SUPPLIES OR SERVICES AND PRICES/COSTS

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | All work for the Golf Clubhouse and Cart Storage Facilities as described in the plans and specifications, complete, including the furnishing of all labor, equipment, materials, supplies, transportation, & bonds excluding the bid options described below. | 1.00 | LS | 2,983,000 | 2,983,000 |
| | TOTAL BASE BID ITEM $ 2,983,000 | | | | |
| 0002 | Option 1 - Additional work to design, furnish, and install sprinkler system as shown on C-3 and specified in Section 02811, Underground Sprinkler System. | 1.00 | EA | 15,000 | 15,000 |
| 0003 | Option 2- Additional work to provide, furnish and install additional parking, walkways, utilities and site work as shown on C-2 and as specified in Division 2. | 1.00 | EA | 39,000 | 39,000 |
| 0004 | Option 3 - Additional work to provide, furnish and install recessed lights, complete (with wiring, supports, etc.) in the terrace soffit as shown on the drawings and specified in Section 16000. | 1.00 | EA | 6,000 | 6,000 |

| ITEM | DESCRIPTION | QUANTITY | U/I | U/P | AMOUNT |
|---|---|---|---|---|---|
| 0005 | Option 4A - Additional work to provide, furnish, and install cast stone ILO EFIS at all sills at window/opening locations in the Golf Clubhouse Building (Refer to drawings). | 1.00 | EA | 6,000 | 6,000 |
| 0006 | Optional 4B - Additional work to provide, furnish, and install cast stone ILO EFIS at all sills at window/opening locations in the Cart Storage Building (Refer to drawings). | 1.00 | EA | 5,000 | 5,000 |

TOTAL OF ALL OPTIONS (ITEMS 2 THRU 6) $ 71,000
TOTAL BASE BID ITEMS PLUS OPTONS $ 3,054,000

Notes:
1. The low bidder for purpose of award will be the conforming responsible bidder offering the lowest amount for the Base Bid Item plus all Optional Bid Items.
2. The minimum construction award will be the amount bid for the Base Bid Item.
3. Any bid which is materially unbalanced as to the prices for the Base Bid and Optional Bid Items may be rejected. An unbalanced bid is one which is based on prices significantly less than cost for some work and prices which are significantly overstated for other work.
4. Bidders are required to bid on all items or their bids will be rejected.
5. Bidders are reminded that they must bid on the issues plans and specifications as amended. Any deviations, conditions, or attachment made by the bidder himself thereto may render his bid non-responsive and be cause for its rejection.
6. Optional Bid Items, if awarded, will be awarded within 180 calendar days after receipt of Notice to Proceed. The Government is under no obligation to award any Optional Bid items.

END OF SECTION 00010

US ARMY ENGINEER DISTRICT, NEW YORK

**INVITATION FOR BID NO.** NAF6V3-00-B-0004

CHECK LIST FOR BIDDERS

ATTACHED IS IFB NO. NAF6V3-00-B-0004

FY99 NAF Golf Clubhouse
McGuire Air Force Base
Wrightstown, New Jersey

ALL INFORMATION REQUIRED BY THE TERMS OF THIS SOLICITATION MUST BE FURNISHED. MISTAKES OR OMISSIONS MAY RENDER YOUR BID INELIGIBLE FOR AWARD. IMPORTANT ITEMS FOR YOU TO CHECK ARE INCLUDED IN BUT NOT LIMITED TO THOSE LISTED BELOW. THIS INFORMATION IS FURNISHED ONLY TO ASSIST YOU IN SUBMITTING A PROPER BID.

__HAVE YOU ACKNOWLEDGED ALL AMENDMENTS?

__HAVE YOU COMPLETED THE "REPRESENTATIONS AND CERTIFICATIONS" (SECTION 00600) PORTION OF THE SOLICITATION?

__IS YOUR DUNS NUMBER LISTED ON THE STANDARD FORM 1442?

__IS YOUR BID PROPERLY SIGNED?

__A BID BOND IS REQUIRED. HAS YOUR SURETY PROVIDED YOU WITH A BID BOND ON STANDARD FORM 24 OR A SIMILAR FORM CONTAINING THE SAME LANGUAGE AS A STANDARD FORM 24?

__IS YOUR BID GUARANTEE IN THE PROPER AMOUNT?

__IS YOUR BID GUARANTEE PROPERLY SIGNED BY BOTH THE BIDDER AND SURETY AND ARE ALL REQUIRED SEALS AFFIXED?

__IS THE NAME IN WHICH YOU SUBMITTED THE BID THE SAME ON YOUR BID AS ON THE BID BOND?

__IS YOUR BID BOND INCLUDED WITH YOUR BID? (A LATE BID GUARANTEE IS TREATED THE SAME AS A LATE BID)

__HAVE YOU ENSURED THAT YOU HAVE NOT RESTRICTED YOUR BID BY ALTERING THE PROVISIONS OF THE SOLICITATION?

__WHEN REQUIRED, HAVE YOU ENTERED A UNIT PRICE FOR EACH BID ITEM? (THE SOLICITATION SPECIFICALLY STATES WHEN THIS IS NECESSARY.)

__ARE DECIMALS IN YOUR PRICES IN THE PROPER PLACE? ARE YOUR FIGURES LEGIBLE?

__IF YOU HAVE MADE ERASURES OR CORRECTIONS ON YOUR BID, ARE THEY INITIALED BY THE PERSON SIGNING THE BID?

__DOES THE ENVELOPE CONTAINING YOUR BID PROPERLY IDENTIFY THAT IT IS A SEALED BID AND DOES IT CONTAIN THE CORRECT SOLICITATION NUMBER AND BID OPENING TIME?

__WILL YOUR BID ARRIVE ON TIME? (SEE PARAGRAPH ENTITLED "LATE SUBMISSIONS, MODIFICATIONS, AND WITHDRAWALS OF BIDS" IN THE INSTRUCTIONS, CONDITIONS, AND NOTICES TO BIDDERS, SECTION 00100 OF THE SOLICITATION.) NOTE: THERE ARE INCREASED SECURITY MEASURES AT JACOB K. JAVITS FEDERAL BUILDING, 26 FEDERAL PLAZA THAT MAY AFFECT THE TIME IT TAKES TO ENTER THE BUILDING. BIDDER IS RESPONSIBLE TO ENSURE THAT ITS BID IS SUBMITTED TIMELY.

IFB NO. NAF6V3-00-B-0004

NEW YORK DISTRICT
CORPS OF ENGINEERS
NEW YORK, NEW YORK 10278-0090

INVITATION FOR BIDS
FOR

FY99 NAF Golf Clubhouse
McGuire Air Force Base
Wrightstown, New Jersey

1. Attached is INVITATION FOR BIDS (IFB) NO. NAF6V3-00-B-0004.

2. BIDS MUST BE SET FORTH full, accurate, and complete information as required by this Invitation for Bids, including attachments. The penalty for making false statements in bids is prescribed under Title 18, United States Code, Section 1001.

3. SUBMISSION OF BIDS: Complete details concerning proper submission of bids are contained in the INSTRUCTIONS, CONDITIONS, AND NOTICES TO BIDDERS (Section 00100).

4. Note the REQUIREMENT FOR AFFIRMATIVE ACTION of the EQUAL OPPORTUNITY clause as it applies to the contract resulting from this solicitation. (See paragraph NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY in Section 00100 of this IFB).

5. REPRESENTATIONS AND CERTIFICATIONS - SECTION 00600
Bidders and Offerors are required to complete the REPRESENTATIONS AND CERTIFICATIONS and submit them with their bids.

Within Section 00600, note in particular the CERTIFICATION OF NONSEGREGATED FACILITIES. Failure of a bidder or offeror to agree to the certification will render his bid or offer non-responsive to the terms of solicitations involving awards of contracts exceeding $10,000 which are not exempt from the provisions of the Equal Opportunity Clause (1984 APR).

M TAB TAB TAB TAB TAB

# SOLICITATION, OFFER, AND AWARD (Nonappropriated Funds)

For use of this form, see AR 215-4; the proponent agency is ODCSPER
Award will be made on this form or by other official written notice.

PAGE OF
1

1. CONTRACT *(Proc. Inst. Ident.)* NO.
NAF6V3-00B-0004

2. SOLICITATION NO.
X SEALED BIDDING *(IFB)*
___ NEGOTIATED *(RFP)*

3. DATE ISSUED

4. PURCHASE REQUEST NO.
W16ROE-9307-4723

5. ISSUED BY
NYDUS ARMY CORPS OF ENGINEERS
26 FEDERAL PLAZA, ROOM 1843
NEW YORK, NEW YORK 10278

6. ADDRESS OFFER TO *(If other than Block 5)*

## SOLICITATION

7. Sealed offers in original and 1 copies for furnishing the supplies or services described in the Schedule will be received at the place specified in block 6, OR IF HAND-CARRIED, IN THE DEPOSITARY LOCATED IN ROOM 1841, 26 FEDERAL PLAZA until 11 Jan 2000 10:00 A.M. if this is a sealed bid solicitation, offers will be publicly opened at that time.
*(Time, Zone, and Date)*

CAUTION - LATE OFFERS. See para 7, DA Form 4070-R, Solicitation Instructions and Conditions. *(Section L.)*

NO APPROPRIATED FUNDS OF THE UNITED STATES SHALL BECOME DUE, OR BE PAID, THE CONTRACTOR BY REASON OF THIS CONTRACT.

All offers are subject to the following:

1. The attached Solicitation Instructions and Conditions.
2. The Contract Clauses, which are attached or incorporated herein by reference.
3. The Schedule attached hereto.
4. Such other provisions, representations, certifications, and specifications as are attached or incorporated herein by reference. *(Attachments are listed in the Schedule.)*

FOR INFORMATION CALL *(Name and Telephone No.)(No collect calls)*: KIM D. SHARPLESS, 212-264-0241

## TABLE OF CONTENTS

8. *The following Checked Sections are incorporated.*

| (√) | SEC | DESCRIPTION | PAGE(S) | (√) | SEC | DESCRIPTION CLAUSES | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | | I | CONTRACT CLAUSES | 70 |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS/WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATOINS AND OTHER STATEMENTS OF OFFERORS | 9 |
| | F | DELIVERIES OR PERFORMANCE | | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | | L | INSTR., CONDS., AND NOTICES TO OFFERORS | 4 |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

## OFFER

9. In compliance with the above, the undersigned offers and agrees to furnish any or all items upon which prices are offered and to deliver at the designated point(s) within the time set forth in the schedule, if this offer is accepted within 60 calendar days from the date specified for receipt of the offers (60 calendar days unless a different period is inserted by the offeror).

| 10. ACKNOWLEGMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numberd and dated.)* | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

11. DISCOUNT FOR PROMPT PAYMENT *(See para 8, DA Form 4070-R)(Section L.)*
_____ % 10 Calendar Days; _____ % 20 Calendar Days; _____ % 30 Calendar Days; _____ % _____ Calendar Days.

12. OFFEROR'S NAME & ADDRESS *(Street, City, State, & ZIP Code)(Include Area Code and Telephone No.)*

13. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER

Check if Remittance Address is Different from above.
___ Enter such address in schedule.

14. SIGNATURE

15. OFFER DATE

## AWARD *(To Be Completed by Fund)*

16. ACCEPTED AS TO ITEMS NUMBERED

17. AMOUNT

18. ADMINISTERED BY *(If other than Block 5)*

19. SUBMIT INVOICES *(4 copies unless otherwise specified)* TO ADDRESS SHOWN IN BLOCK ____

20. ACCOUNTING DATA

21. PAYMENT WILL BE MADE BY

22. NAME AND SIGNATURE OF CONTRACTING OFFICER

23. AWARD DATE

DA FORM 4069-R, FEB 87 EDITION OF OCT 86 IS OBSOLETE USAPA V2.00

NAF6V3-00-B-0004

## SECTION 00010
## SUPPLIES OR SERVICES AND PRICES/COSTS

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | All work for the Golf Clubhouse and Cart Storage Facilities as described in the plans and specifications, complete, including the furnishing of all labor, equipment, materials, supplies, transportation, & bonds excluding the bid options described below. | 1.00 | LS | ______ | ______ |
| | TOTAL BASE BID ITEM $______ | | | | |
| 0002 | Option 1 - Additional work to design, furnish, and install sprinkler system as shown on C-3 and specified in Section 02811, Underground Sprinkler System. | 1.00 | EA | ______ | ______ |
| 0003 | Option 2- Additional work to provide, furnish and install additional parking, walkways, utilities and site work as shown on C-2 and as specified in Division 2. | 1.00 | EA | ______ | ______ |
| 0004 | Option 3 - Additional work to provide, furnish and install recessed lights, complete (with wiring, supports, etc.) in the terrace soffitt as shown on the drawings and specified in Section 16000. | 1.00 | EA | ______ | ______ |

| ITEM | DESCRIPTION | QUANTITY | U/I | U/P | AMOUNT |
|---|---|---|---|---|---|
| 0005 | Option 4A - Additional work to provide, furnish, and install cast stone ILO EFIS at all sills at window/opening locations in the Golf Clubhouse Building (Refer to drawings). | 1.00 | EA | ______ | ______ |
| 0006 | Optional 4B - Additional work to provide, furnish, and install cast stone ILO EFIS at all sills at window/opening locations in the Cart Storage Building (Refer to drawings). | 1.00 | EA | ______ | ______ |

TOTAL OF ALL OPTIONS (ITEMS 2 THRU 6) $______________________
TOTAL BASE BID ITEMS PLUS OPTONS $______________________

Notes:
1. The low bidder for purpose of award will be the conforming responsible bidder offering the lowest amount for the Base Bid Item plus all Optional Bid Items.
2. The minimum construction award will be the amount bid for the Base Bid Item.
3. Any bid which is materially unbalanced as to the prices for the Base Bid and Optional Bid Items may be rejected. An unbalanced bid is one which is based on prices significantly less than cost for some work and prices which are significantly overstated for other work.
4. Bidders are required to bid on all items or their bids will be rejected.
5. Bidders are reminded that they must bid on the issues plans and specifications as amended. Any deviations, conditions, or attachment made by the bidder himself thereto may render his bid non-responsive and be cause for its rejection.
6. Optional Bid Items, if awarded, will be awarded within 180 calendar days after receipt of Notice to Proceed. The Government is under no obligation to award any Optional Bid items.

END OF SECTION 00010

M TAB TAB TAB TAB TAB

# SOLICITATION, OFFER, AND AWARD (Nonappropriated Funds)

For use of this form, see AR 215-4; the proponent agency is ODCSPER
Award will be made on this form or by other official written notice.

PAGE 1 OF

| 1. CONTRACT *(Proc. Inst. Ident.)* NO. | 2. SOLICITATION NO. | 3. DATE ISSUED | 4. PURCHASE REQUEST NO. |
|---|---|---|---|
| NAF6V3-00B-0004 | X SEALED BIDDING *(IFB)*<br>__ NEGOTIATED *(RFP)* | | W16ROE-9307-4723 |

| 5. ISSUED BY | 6. ADDRESS OFFER TO *(If other than Block 5)* |
|---|---|
| NYDUS ARMY CORPS OF ENGINEERS<br>26 FEDERAL PLAZA, ROOM 1843<br>NEW YORK, NEW YORK 10278 | |

## SOLICITATION

7. Sealed offers in original and 1 copies for furnishing the supplies or services described in the Schedule will be received at the place specified in block 6, OR IF HAND-CARRIED, IN THE DEPOSITARY LOCATED IN ROOM 1841, 26 FEDERAL PLAZA if this is a sealed bid solicitation, offers will be publicly opened at that time. until 11 Jan 2000 10:00 A.M. *(Time, Zone, and Date)*

CAUTION - LATE OFFERS. See para 7, DA Form 4070-R, Solicitation Instructions and Conditions. *(Section L.)*

NO APPROPRIATED FUNDS OF THE UNITED STATES SHALL BECOME DUE, OR BE PAID, THE CONTRACTOR BY REASON OF THIS CONTRACT.

All offers are subject to the following:

1. The attached Solicitation Instructions and Conditions.
2. The Contract Clauses, which are attached or incorporated herein by reference.
3. The Schedule attached hereto.
4. Such other provisions, representations, certifications, and specifications as are attached or incorporated herein by reference. *(Attachments are listed in the Schedule.)*

FOR INFORMATION CALL *(Name and Telephone No.)(No collect calls)*: KIM D. SHARPLESS, 212-264-0241

## TABLE OF CONTENTS

8. *The following Checked Sections are incorporated.*

| (✓) | SEC | DESCRIPTION | PAGE(S) | (✓) | SEC | DESCRIPTION CLAUSES | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | 70 |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS/WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATOINS AND OTHER STATEMENTS OF OFFERORS | 9 |
| | F | DELIVERIES OR PERFORMANCE | | | L | INSTR., CONDS., AND NOTICES TO OFFERORS | 4 |
| | G | CONTRACT ADMINISTRATION DATA | | | M | EVALUATION FACTORS FOR AWARD | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | | | |

## OFFER

9. In compliance with the above, the undersigned offers and agrees to furnish any or all items upon which prices are offered and to deliver at the designated point(s) within the time set forth in the schedule, if this offer is accepted within 60 calendar days from the date specified for receipt of the offers (60 calendar days unless a different period is inserted by the offeror).

| 10. ACKNOWLEGMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numberd and dated.)* | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

11. DISCOUNT FOR PROMPT PAYMENT *(See para 8, DA Form 4070-R)(Section L.)*
____ % 10 Calendar Days; ____ % 20 Calendar Days; ____ % 30 Calendar Days; ____ % ____ Calendar Days.

| 12. OFFEROR'S NAME & ADDRESS *(Street, City, State, & ZIP Code)(Include Area Code and Telephone No.)* | 13. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER | |
|---|---|---|
| | | |
| Check if Remittance Address is Different from above. ____ Enter such address in schedule. | 14. SIGNATURE | 15. OFFER DATE |

## AWARD *(To Be Completed by Fund)*

| 16. ACCEPTED AS TO ITEMS NUMBERED | 17. AMOUNT | 18. ADMINISTERED BY *(If other than Block 5)* |
|---|---|---|
| 19. SUBMIT INVOICES *(4 copies unless otherwise specified)* TO ADDRESS SHOWN IN BLOCK ____ | | 21. PAYMENT WILL BE MADE BY |
| 20. ACCOUNTING DATA | | |
| 22. NAME AND SIGNATURE OF CONTRACTING OFFICER | | 23. AWARD DATE |

DA FORM 4069-R, FEB 87 EDITION OF OCT 86 IS OBSOLETE USAPA V2.00

NAF6V3-00-B-0004

SECTION 00010
SUPPLIES OR SERVICES AND PRICES/COSTS

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | All work for the Golf Clubhouse and Cart Storage Facilities as described in the plans and specifications, complete, including the furnishing of all labor, equipment, materials, supplies, transportation, & bonds excluding the bid options described below. | 1.00 | LS | ______ | ______ |
| | TOTAL BASE BID ITEM $______ | | | | |
| 0002 | Option 1 - Additional work to design, furnish, and install sprinkler system as shown on C-3 and specified in Section 02811, Underground Sprinkler System. | 1.00 | EA | ______ | ______ |
| 0003 | Option 2- Additional work to provide, furnish and install additional parking, walkways, utilities and site work as shown on C-2 and as specified in Division 2. | 1.00 | EA | ______ | ______ |
| 0004 | Option 3 - Additional work to provide, furnish and install recessed lights, complete (with wiring, supports, etc.) in the terrace soffitt as shown on the drawings and specified in Section 16000. | 1.00 | EA | ______ | ______ |

| ITEM | DESCRIPTION | QUANTITY | U/I | U/P | AMOUNT |
|---|---|---|---|---|---|
| 0005 | Option 4A - Additional work to provide, furnish, and install cast stone ILO EFIS at all sills at window/opening locations in the Golf Clubhouse Building (Refer to drawings). | 1.00 | EA | ______ | ______ |
| 0006 | Optional 4B - Additional work to provide, furnish, and install cast stone ILO EFIS at all sills at window/opening locations in the Cart Storage Building (Refer to drawings). | 1.00 | EA | ______ | ______ |

TOTAL OF ALL OPTIONS (ITEMS 2 THRU 6) $______________________
TOTAL BASE BID ITEMS PLUS OPTONS $______________________

Notes:
1. The low bidder for purpose of award will be the conforming responsible bidder offering the lowest amount for the Base Bid Item plus all Optional Bid Items.
2. The minimum construction award will be the amount bid for the Base Bid Item.
3. Any bid which is materially unbalanced as to the prices for the Base Bid and Optional Bid Items may be rejected. An unbalanced bid is one which is based on prices significantly less than cost for some work and prices which are significantly overstated for other work.
4. Bidders are required to bid on all items or their bids will be rejected.
5. Bidders are reminded that they must bid on the issues plans and specifications as amended. Any deviations, conditions, or attachment made by the bidder himself thereto may render his bid non-responsive and be cause for its rejection.
6. Optional Bid Items, if awarded, will be awarded within 180 calendar days after receipt of Notice to Proceed. The Government is under no obligation to award any Optional Bid items.

END OF SECTION 00010

DOCUMENT 00011

TABLE OF CONTENTS


| | | | |
|---|---|---|---|
| Document 00011 | Table of Contents | 00011-1 through | 3 |
| Document 00020 | Geotechnical Data | 00020-1 | |

DIVISION 1 - GENERAL REQUIREMENTS

| | | | |
|---|---|---|---|
| Section 00100 | Instr, Conds, and Notices to Offerors | 1 through | 4 |
| Section 00600 | Represent's, Certificat'ns & Other Statements of Offerors | 1 through | 9 |
| Section 00700 | Contract Clauses | 1 through | 70 |
| Section 00800 | Special Contract Requirements | 00800-1 through | 28 |
| Section 00900 | Wage Rates | 00900-1 through | 22 |
| Section 01040 | Coordination | 01040-1 through | 3 |
| Section 01320 | Project Schedule: Network Analysis System | 01320-1 through | 24 |
| Section 01330 | Submittal Procedures | 01330-1 through | 77 |
| Section 01420 | Safety | 01420-1 through | 6 |
| Section 01451 | Contractor Quality Control | 01451-1 through | 15 |
| Section 01452 | Testing for Mechanical and Electrical Systems | 01452-1 through | 4 |
| Section 01458 | Contractor Warranty Management | 01453-1 through | 2 |

DIVISION 2 - SITEWORK

| | | | |
|---|---|---|---|
| Section 02220 | Demolition | 02220-1 through | 4 |
| Section 02230 | Clearing and Grubbing | 02230-1 through | 2 |
| Section 02233 | Clearing (Timber and Structure) | 02233-1 through | 2 |
| Section 02300 | Earthwork | 02300-1 through | 8 |
| Section 02315 | Excavation, Filling and Backfilling for Buildings | 02315-1 through | 8 |
| Section 02316 | Excavation, Trenching and Backfilling for Utilities Systems | 02316-1 through | 7 |
| Section 02510 | Water Distribution System | 02510-1 through | 25 |
| Section 02531 | Sanitary Sewers | 02531-1 through | 13 |
| Section 02556 | Gas Distribution System | 02556-1 through | 15 |
| Section 02630 | Storm Drainage System | 02630-1 through | 16 |
| Section 02713 | Bituminous Stabilized Base Course | 02713-1 through | 8 |
| Section 02721 | Subbase Courses | 02721-1 through | 6 |
| Section 02741 | Bituminous Surface Course for Roads, Streets and Open Storage Areas | 02741-1 through | 10 |
| Section 02763 | Pavement Markings | 02763-1 through | 9 |
| Section 02770 | Concrete Sidewalks and Curbs | 02770-1 through | 11 |
| Section 02780 | Concrete Block Pavements | 02780-1 through | 5 |
| Section 02811 | Underground Sprinkler Systems | 02811-1 through | 15 |
| Section 02921 | Seeding | 02921-1 through | 11 |
| Section 02935 | Exterior Plant Material Maintenance | 02935-1 through | 9 |

DIVISION 3 - CONCRETE

| | | | |
|---|---|---|---|
| Section 03100 | Concrete Formwork | 03100-1 through | 2 |
| Section 03200 | Concrete Reinforcement | 03200-1 through | 3 |
| Section 03300 | Cast-In-Place Concrete | 03300-1 through | 11 |

DIVISION 4 - MASONRY

| | | | |
|---|---|---|---|
| Section 04200 | Unit Masonry | 04200-1 through | 10 |

DIVISION 5 - METALS

| | | | |
|---|---|---|---|
| Section 05120 | Structural Steel | 05120-1 through | 6 |
| Section 05210 | Steel Joists | 05210-1 through | 4 |
| Section 05310 | Steel Deck | 05310-1 through | 3 |
| Section 05500 | Metal Fabrications | 05500-1 through | 8 |

DIVISION 6 - WOOD AND PLASTICS

| | | | |
|---|---|---|---|
| Section 06100 | Rough Carpentry | 06100-1 through | 8 |
| Section 06200 | Finish Carpentry | 06200-1 through | 7 |

DIVISION 7 - THERMAL AND MOISTURE PROTECTION

| | | | |
|---|---|---|---|
| Section 07160 | Bituminous Dampproofing | 07160-1 through | 3 |
| Section 07210 | Building Insulation | 07210-1 through | 4 |
| Section 07240 | Exterior Insulation and Finish System | 07240-1 through | 6 |
| Section 07245 | Direct Applied Finish System | 07245-1 through | 4 |
| Section 07270 | Firestopping | 07270-1 through | 9 |
| Section 07411 | Preformed Metal Roofing Panels | 07411-1 through | 6 |
| Section 07600 | Flashing and Sheet Metal | 07600-1 through | 5 |
| Section 07900 | Joint Sealers | 07900-1 through | 7 |

DIVISION 8 - DOORS AND WINDOWS

| | | | |
|---|---|---|---|
| Section 08110 | Steel Doors and Frames | 08110-1 through | 5 |
| Section 08210 | Wood Doors | 08210-1 through | 5 |
| Section 08305 | Access Doors | 08305-1 through | 2 |
| Section 08332 | Overhead Coiling Doors | 08332-1 through | 4 |
| Section 08334 | Coiling Wood Door | 08334-1 through | 3 |
| Section 08410 | Aluminum Entrances and Storefront | 08410-1 through | 8 |
| Section 08520 | Aluminum Windows | 08520-1 through | 8 |
| Section 08710 | Finish Hardware | 08710-1 through | 11 |
| Section 08800 | Glass and Glazing | 08800-1 through | 7 |

DIVISION 9 - FINISHES

| | | | |
|---|---|---|---|
| Section 09250 | Gypsum Drywall | 09250-1 through | 9 |
| Section 09265 | Gypsum Sheathing System | 09265-1 through | 6 |
| Section 09310 | Ceramic Tile | 09310-1 through | 6 |
| Section 09510 | Acoustical Ceilings | 09510-1 through | 6 |
| Section 09541 | Fiber Reinforced Plastic Wall Panels | 09541-1 through | 3 |
| Section 09650 | Resilient Flooring | 09650-1 through | 6 |
| Section 09685 | Sheet Carpet | 09685-1 through | 6 |
| Section 09900 | Painting | 09900-1 through | 11 |
| Section 09950 | Vinyl Wall Covering | 09950-1 through | 3 |

DIVISION 10 - SPECIALTIES

| | | | |
|---|---|---|---|
| Section 10160 | Metal Toilet Compartments | 10160-1 through | 4 |
| Section 10210 | Metal Wall Louvers | 10210-1 through | 3 |
| Section 10440 | Signage | 10440-1 through | 3 |
| Section 10505 | Lockers | 10505-1 through | 4 |
| Section 10522 | Fire Extinguishers, Cabinets, and Accessories | 10522-1 through | 4 |
| Section 10755 | Telephone Enclosures | 10755-1 through | 2 |
| Section 10810 | Toilet Accessories | 10810-1 through | 3 |

DIVISION 11 - EQUIPMENT

| | | | |
|---|---|---|---|
| Section 11400 | Food Service Equipment | 11400-1 through | 50 |

DIVISION 12 - FURNISHINGS

| | | | |
|---|---|---|---|
| Section 12690 | Floor Mats | 12690-1 through | 2 |

DIVISION 13 - SPECIAL CONSTRUCTION

Not Used

DIVISION 14 - CONVEYING SYSTEMS

Not Used.

DIVISION 15 - MECHANICAL

| | | | |
|---|---|---|---|
| Section 15100 | Vibration Control and Seismic Restraint | 15100-1 through | 15 |
| Section 15400 | Plumbing | 15400-1 through | 19 |
| Section 15600 | HVAC | 15600-1 through | 82 |
| Section 15995 | Commissioning of HVAC Systems | 15995-1 through | 39 |

DIVISION 16 - ELECTRICAL

| | | | |
|---|---|---|---|
| Section 16000 | Electrical Index | 1 through | 2 |
| | Electrical | 16000-1 through | 56 |
| Section 16740 | Telecommunications Index | 1 through | 1 |
| | Telecommunication Systems | 16740-1 through | 9 |

END OF TABLE OF CONTENTS

DOCUMENT 00020

GEOTECHNICAL DATA

PART 1 GENERAL

1.01 GEOTECHNICAL DATA

A. Information Not Guaranteed: Information on the Drawings and in the Project Manual relating to subsurface conditions, natural phenomena, and existing utilities and structures is from the best sources presently available. Such information is furnished only for the information and convenience of the Contractor, and the accuracy or completeness of this information is not guaranteed.

B. Geotechnical Report: The following geotechnical report, prepared by PMK Associates for use by Architect and the Government in the design of the Project.

1. A copy of this report is available at the office of the Owner or Architect.

PART 2 PRODUCTS

Not Used.

PART 3 EXECUTION

Not Used.

END OF DOCUMENT

SECTION 00100

INSTRS, CONDS, AND NOTICES TO OFFERORS

.1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

2 SOLICITATION DEFINITIONS--SEALED BIDDING

"NAFI" means a non-appropriated fund instrumentality of the Department of the Army.
"Bidder" means "bid" in sealed bidding.
"Solicitation" means an invitation for bids in sealed bidding.
"Government" means, any reference to Government means NAFI

3 AMENDMENTS TO INVITATIONS FOR BIDS

(a) If this solicitation is amended, then all terms and conditions which are not modified remain unchanged.
(b) Bidders shall acknowledge receipt of any amendment to this solicitation (1) by signing and returning the amendment, (2) by identifying the amendment number and date in the space provided for this purpose on the form for submitting a bid, (3) by letter or telegram, or (4) by facsimile, if facsimile bids are authorized in the solicitation. The Government must receive the acknowledgment by the time and at the place specified for receipt of bids.

4 SUBMISSION OF BIDS

(a) Bids and bid modifications shall be submitted in sealed envelopes or packages (unless submitted by electronic means) (1) addressed to the office specified in the solicitation, and (2) showing the time and date specified for receipt, the solicitation number, and the name and address of the bidder. (b) Bidders using commercial carrier services shall ensure that the bid is addressed and marked on the outermost envelope or

wrapper as prescribed in subparagraph (a) (1) and (2) of this provision when delivered to the office specified in the solicitation. (c) Telegraphic bids will not be considered unless authorized by the solicitation; however, bids may be modified or withdrawn by written or telegraphic notice. (d) Facsimile bids, modifications, or withdrawals, will not be considered unless authorized by the solicitation.

(e) Bids submitted by electronic commerce shall be considered only if the electronic commerce method was specifically stipulated or permitted by the solicitation.

5 EXPLANATION TO PROSPECTIVE BIDDERS

Any prospective bidder desiring an explanation or interpretation of the solicitation, drawings, specifications, etc., must request it in writing soon enough to allow a reply to reach all prospective bidders before the submission of their bids. Oral explanations or instructions given before the award of a contract will not be binding. Any information given a prospective bidder concerning a solicitation will be furnished promptly to all other prospective bidders as an amendment to the solicitation, if that information is necessary in submitting bids or if the lack of it would be prejudicial to other prospective bidders.

6 AMENDMENTS TO SOLICITATIONS

(a) If this solicitation is amended, then all terms and conditions which are not modified remain unchanged.

(b) Bidders shall acknowledge receipt of any amendment to this solicitation by (1) signing and returning the amendment, (2) identifying the amendment number and date in the space provided for this purpose on the form for submitting an offer, (3) letter or telegram, or (4) facsimile, if facsimile offers are authorized in the solicitation. The Government must receive the acknowledgment by the time specified for receipt of offers.

7 PREPARATION OF BIDS

(a) Bids are expected to examine the drawings, specifications, Schedule, and all instructions. Failure to do so will be at the bid's risk. (b) Each bid shall furnish the information required by the solicitation. The bidder shall sign the offer and print or type its name on the Schedule and each continuation sheet on which it makes an entry. Erasures or other changes must be initialed by the person signing the offer. Offers signed by an agent shall be accompanied by evidence of that agent's authority, unless that evidence has been previously furnished to the issuing office.

(c) For each item bid, bidders shall (1) show the unit price/cost, including, unless otherwise specified, packaging, packing, and reservation and (2) enter the extended

price/cost for the quantity of each item offered in the "Amount" column of the Schedule. In case of discrepancy between a unit price/cost and an extended price/cost, the unit price/cost will be presumed to be correct, subject, however, to correction to the same extent and in the same manner as any other mistake. (d) Bidders for supplies or services other than those specified will not be considered unless authorized by the solicitation. (e) Bidders must state a definite time for delivery of supplies or for performance of services, unless otherwise specified in the solicitation. (f) Time, if stated as a number of days, will include Saturdays, Sundays,

8 FAILURE TO SUBMIT BID

Recipients of this solicitation not responding with an offer should not return this solicitation, unless it specifies otherwise. Instead, they should advise the issuing office by letter, postcard, or established electronic commerce methods, whether they want to receive future solicitations for similar requirements. If a recipient does not submit an offer and does not notify the issuing office that future solicitations are desired, the recipient's name may be removed from the applicable mailing list.

9 CONTRACT AWARD

(a) The Government will evaluate bids in response to this solicitation without discussions and will award a contract to the responsible bidder whose bid, conforming to the solicitation, will be most advantageous to the Government, considering only price and the price-related factors specified elsewhere in the solicitation.
(b) The Government may reject any or all bids, and waive informalities or minor irregularities in bids received.
(c) The Government may accept any item or combination of items, unless doing so is precluded by a restrictive limitation in the solicitation or the bid.
(d) The Government may reject a bid as nonresponsive if the prices bid are materially unbalanced between line items or subline items. A bid is materially unbalanced when it is based on prices significantly less than cost for some work and prices which are significantly overstated in relation to cost for other work, and if there is a reasonable doubt that the bid will result in the lowest overall cost to the Government even though it may be the low evaluated bid, or if it is so unbalanced as to be tantamount to allowing an advance payment.

10 TYPE OF CONTRACT

The Government contemplates award of a firm fixed contract resulting from this solicitation.

11 SERVICE OF PROTEST

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be
served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from (b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

12 SITE VISIT (CONSTRUCTION)

(a) The clauses at 52.236-2, Differing Site Conditions, and 52.236-3, Site Investigations and Conditions Affecting the Work, will be included in any contract awarded as a result of this solicitation. Accordingly,
offerors or quoters are urged and expected to inspect the site where the work will be performed.
(b) Site visits may be arranged during normal duty hours by contacting:
Name: Ms. Casmishion
Address: 2404 Tuskegee Airmen Avenue, McGuire AFB, NJ. 08641
Telephone: 609-724-8141

**SITE VISIT IS SCHEUDLED FOR 21 DECEMBER 1999, AT 10:00 A.M. IF YOU WISH TO ATTEND, PLEASE CALL MS. CAMISHION.

13 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text
available.

END OF SECTION 100

SECTION 00600

REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS

## 1 TYPE OF BUSINESS ORGANIZATION

The offeror or quoter, by checking the applicable box, represents that--
It operates as /_/ a corporation incorporated under the laws of the state of ____________________, /_/ an individual, /_/ a partnership, /_/a nonprofit organization, or /_/ a joint venture.

## 2 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION

(a) The offeror certifies that--

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to (i) those prices, (ii) the intention to submit an offer, or (iii) the methods or factors used to calculate the prices offered;

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory--

(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2)(i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above ______________________________

______________________________________________________________________
(insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

3 WALSH-HEALEY PUBLIC CONTRACTS ACT REPRESENTATION (APR 1984)

The offeror represents as a part of this offer that the offeror is
[ ] or is not [ ] a regular dealer in, or is [ ] or is not [ ] a manufacturer of, the supplies offered.

4 CERTIFICATION OF NONSEGREGATED FACILITIES

(a) "Segregated facilities," as used in this provision, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provide for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin because of habit, local custom, or otherwise.
(b) By the submission of this offer, the offeror certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The offeror agrees that a breach of this certifications a violation of the Equal Opportunity clause in the contract.
(c) The offeror further agrees that (except where it has obtained identical certifications from proposed subcontractors for specific time periods) it will--
(1) Obtain identical certifications from proposed subcontractors before the award of subcontracts under which the subcontractor will be subject to the Equal Opportunity clause;
(2) Retain the certifications in the files; and
(3) Forward the following notice to the proposed subcontractors (except if the proposed subcontractors have submitted identical certifications for specific time periods):
NOTICE TO PROSPECTIVE SUBCONTRACTORS OF REQUIREMENT FOR CERTIFICATIONS
OF NONSEGREGATED FACILITIES.
A Certification of Nonsegregated Facilities must be submitted before the award of a subcontract under which the subcontractor will be subject to the Equal Opportunity clause. The certification maybe submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semiannually, or annually).NOTE: The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.

5 AFFIRMATIVE ACTION COMPLIANCE (APR 1984)

The offeror represents that (a) it [ ] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or (b) it [ ] has not previously had

contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

6 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS

The offeror represents that--
(a) It /_/ has, /_/ has not, participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of executive Order No. 10925, or the clause contained in Section 201 of executive Order No. 11114;
(b) It /_/ has, /_/ has not, filed all required compliance reports; and (c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

7 CLEAN AIR AND WATER CERTIFICATION

The Offeror certifies that--
(a) Any facility to be used in the performance of this proposed contracts /_/ is not /_/ listed on the Environmental Protection Agency (EPA) List of Violating Facilities;
(b) The Offeror will immediately notify the Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the EPA, indicating that any facility that the Offeror proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and
(c) The Offeror will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

8 TAXPAYER IDENTIFICATION

(a) Definitions.
"Common parent," as used in this solicitation provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.
"Corporate status," as used in this solicitation provision, means designation as to whether the offeror is a corporate entity, an unincorporated entity (e.g., sole proprietorship or partnership), or a corporation providing medical and health care services.
"Taxpayer Identification Number (TIN)," as used in this solicitation provision, means the number required by the IRS to be used by the offeror in reporting income tax and other returns.

(b) All offerors are required to submit the information required in paragraphs (c) through (e) of this solicitation provision in order to comply with reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M and implementing regulations issued by the Internal Revenue Service (IRS). If the resulting contract is subject to the reporting requirements described in FAR 4.903, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) Taxpayer Identification Number (TIN).

/_/ TIN: ______________________.

/_/ TIN has been applied for.

/_/ TIN is not required because:

/_/ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;

/_/ Offeror is an agency or instrumentality of a foreign government;

/_/ Offeror is an agency or instrumentality of a Federal, state, or local government;

/_/ Other. State basis. ______________________________

(d) Corporate Status.

/_/ Corporation providing medical and health care services, or engage in the billing and collecting of payments for such services;

/_/ Other corporate entity;

/_/ Not a corporate entity;

/_/ Sole proprietorship

/_/ Partnership

/_/ Hospital or extended care facility described in 26 CFR 501(c)(3)that is exempt from taxation under 26 CFR 501(a).

(e) Common Parent.

/_/ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this clause.

/_/ Name and TIN of common parent:

Name ______________________________

TIN ______________________________

9 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS

(a)(1) The Offeror certifies, to the best of its knowledge and belief,that--

(i) The Offeror and/or any of its Principals--

(A) Are / / are not / / presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have / / have not / /, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a

criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(C) Are / / are not / / presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has / / has not / /, within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY
OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT
CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION
1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award.If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government,the Contracting Officer may terminate the contract resulting from this solicitation for default.

10. AUTHORIZED NEGOTIATORS

The offeror or quoter represents that the following persons are authorized to negotiate on its behalf with the Government in connection with this request for proposals or quotations:

| Name | Title | Telephone number |
|---|---|---|
| ______________ | ______________ | ______________ |
| ______________ | ______________ | ______________ |
| ______________ | ______________ | ______________ |

[list names, titles, and telephone numbers of the authorized negotiators].

11 BUY AMERICAN ACT--NORTH AMERICAN FREE TRADE AGREEMENT IMPLEMENTATION
ACT--BALANCE OF PAYMENTS PROGRAM CERTIFICATE

(a) The offeror certifies that each end product being offered, except those listed in paragraph (b) of this provision, is a domestic end product(as defined in the clause entitled "Buy American Act--North American Free trade Agreement Implementation Act--Balance of Payments Program") and that components of unknown origin have been considered to have been mined, produced, or manufactured outside the United States.

(b) Excluded End Products:

| Line item No. | Country of origin |
|---|---|
| ______________ | ______________ |
| ______________ | ______________ |
| ______________ | ______________ |

(List as necessary)

(c) Offers will be evaluated by giving certain preferences to domestic end products or NAFTA country end products over other end products. In order to obtain these preferences in the evaluation of each excluded end product listed in paragraph (b) of this provision, offerors must identify and certify below those excluded end products that are NAFTA country end products. Products that are not identified and certified below will not be deemed NAFTA country end products.

The offeror certifies that the following supplies qualify as "NAFTA country end products" as that term is defined in the clause entitled "Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program":

| Line item no. | Country of origin |
|---|---|
| ______________ | ______________ |
| ______________ | ______________ |
| ______________ | ______________ |

(List as necessary)

(d) Offers will be evaluated in accordance with Part 25 of the Federal acquisition Regulation. In addition, if this solicitation is for supplies for use outside the United States, an evaluation

factor of 50 percent will be applied to offers of end products that are not domestic or NAFTA country end products.

12 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY

(a)Definitions.

As used in this provision-

(1)"Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2)"Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A)) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3)"Significant interest" means-

(i)Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii)Holding a management position in the firm, such as a director or officer;

(iii)Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv)Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtedness of a firm.

(b) Prohibition on award.

In accordance with 10 U.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary, unless a waiver is granted by the Secretary of Defense.

(c)Disclosure.

The Offeror shall disclose any significant interest the government of each of the following countries has in the Offeror or a subsidiary of the Offeror. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include-

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each Government.

**52.219-1 -- Small Business Program Representations (May 1999).**

As prescribed in 19.307(a)(1), insert the following provision:

**Small Business Program Representations (May 1999)**

(a)

(1) The standard industrial classification (SIC) code for this acquisition is ______________________ *[insert SIC code]*.

(2) The small business size standard is ____________ *[insert size standard]*.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) *Representations.*

(1) The offeror represents as part of its offer that it * is, * is not a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it {time} is, {time} is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it * is, * is not a women-owned small business concern.

(c) *Definitions.*

*"Small business concern,"* as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

*"Women-owned small business concern,"* as used in this provision, means a small business concern --

(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) *Notice.*

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C.645(d), any person who misrepresents a firm's status as a small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall --

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of Provision)

*Alternate I* (Oct 1998). As prescribed in 19.307(a)(2), add the following paragraph (b)(4) to the basic provision:

(4) (Complete if offeror represented itself as disadvantaged in paragraph (b)(2) of this provision). [The offeror shall check the category in which its ownership falls]:

____Black American.

____Hispanic American.

____Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

____Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

____Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

____Individual/concern, other than one of the preceding.

*Alternate II* (Jan 1999). As prescribed in 19.307(a)(3), add the following paragraph (b)(5)to the basic provision:

(5) [Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, as part of its offer, that --

(i) It {time} is, {time} is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal place of ownership, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It {time} is, {time} is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(5)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture: ____________.] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.



END OF SECTION 00600

SECTION 00700

CONTRACT CLAUSES

1 DISPUTES CONCERNING LABOR STANDARDS

The United States Department of Labor has set forth in 29 CFR Parts 5, 6, and 7 procedures for resolving disputes concerning labor standards requirements. Such disputes shall be resolved in accordance with those procedures and not the Disputes clause of this contract. Disputes within the meaning of this clause include disputes between the Contractor (or any of its subcontractors) and the contracting agency, the U.S. Department of Labor, or the employees of their representatives.

(End of clause)

2 INSURANCE--WORK ON A NAFI INSTALLATION

(a) The Contractor shall, at its own expense, provide and maintain during the entire performance of this contract, at least the kinds and minimum amounts of insurance required in the Schedule or elsewhere in the contract.

(b) Before commencing work under this contract, the Contractor shall notify the Contracting Officer in writing that the required insurance has been obtained. The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the NAÏf's interest shall not be effective (1) for such period as the laws of the State in which this contract is to be performed prescribe, or (2) until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer, whichever period is longer.

(c) The Contractor shall insert the substance of this clause, including this paragraph (c), in subcontracts under this contract that require work on a NAFI installation and shall require subcontractors to provide and maintain the insurance required in the Schedule or elsewhere in the contract. The Contractor shall maintain a copy of all subcontractors' proofs of required insurance, and shall make copies available to the Contracting Officer upon request.

(End of clause)

3 CHANGES

(a) The Contracting Officer may, at any time, without notice to the sureties, if any, by written order designated or indicated to be a change order, make changes in the work within the general scope of the contract, including changes--

(1) In the specifications (including drawings and designs);

(2) In the method or manner of performance of the work;

(3) In the NAFI-furnished facilities, equipment, materials, services, or site; or

(4) Directing acceleration in the performance of the work.

(b) Any other written or oral order (which, as used in this paragraph (b), includes direction, instruction, interpretation, or determination) from the Contracting Officer that causes a change shall be treated as a change order under this clause; provided, that the Contractor gives the Contracting Officer written notice stating (1) the date, circumstances, and source of the order and (2) that the Contractor regards the order as a change order.

(c) Except as provided in this clause, no order, statement, or conduct of the Contracting Officer shall be treated as a change under this clause or entitle the Contractor to an equitable adjustment.

(d) If any change under this clause causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, whether or not changed by any such order, the Contracting Officer shall make an equitable adjustment and modify the contract in writing. However, except for an adjustment based on defective specifications, no adjustment for any change under paragraph (b) of this clause shall be made for any costs incurred more than 20 days before the Contractor gives written notice as required. In the case of defective specifications for which the NAFI is responsible, the equitable adjustment shall include any increased cost reasonably incurred by the Contractor in attempting to comply with the defective specifications.

(e) The Contractor must assert its right to an adjustment under this clause within 30 days after (1) receipt of a written change order under paragraph (a) of this clause or (2) the furnishing of a written notice under paragraph (b) of this clause, by submitting to the Contracting Officer a written statement describing the general nature and amount of the proposal, unless this period is extended by the NAFI. The statement of proposal for adjustment may be included in the notice under paragraph (b) above.

(f) No proposal by the Contractor for an equitable adjustment shall be allowed if asserted after final payment under this contract.

(End of clause)

4 CONTRACTOR IDENTIFICATION NUMBER--DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER

(a) Contractor Identification Number, as used in this provision, means "Data Universal Numbering System (DUNS) number," which is a nine-digit number assigned by Dun and Bradstreet Information Services.

(b) Contractor identification is essential for complying with statutory contract reporting requirements. Therefore, the offeror is requested to enter, in the block with its name and address on the Standard Form 33 or similar document, the annotation "DUNS" followed by the DUNS number which identifies the offeror's name and address exactly as stated in the offer.

(c) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. A DUNS number will be provided immediately by telephone at no charge to the offeror. For information on obtaining a DUNS number, the offeror should call Dun and Bradstreet at 1-800-333-0505. The offeror should be prepared to provide the following information:

(1) Company name.
(2) Company address.
(3) Company telephone number.
(4) Line of business.
(5) Chief executive officer/key manager.
(6) Date the company was started.
(7) Number of people employed by the company.
(8) Company affiliation.

(d) Offerors located outside the United States may obtain the location and phone number of the local Dun and Bradstreet Information Services office from the Internet Home Page at http://www.dbisna.com/dbis/customer/custlist.htm. If an offeror is unable to locate a local service center, it may send an e-mail to Dun and Bradstreet at globalinfo@dbisma.com.

(End of provision)

5 MATERIAL AND WORKMANSHIP

(a) All equipment, material, and articles incorporated into the work covered by this contract shall be new and of the most suitable grade for

the purpose intended, unless otherwise specifically provided in this contract. References in the specifications to equipment, material, articles, or patented processes by trade name, make, or catalog number, shall be regarded as establishing a standard of quality and shall not be construed as limiting competition. The Contractor may, at its option, use any equipment, material, article, or process that, in the judgment of the Contracting Officer, is equal to that named in the specifications, unless otherwise specifically provided in this contract.

(b) The Contractor shall obtain the Contracting Officer's approval of the machinery and mechanical and other equipment to be incorporated into the work. When requesting approval, the Contractor shall furnish to the Contracting Officer the name of the manufacturer, the model number, and other information concerning the performance, capacity, nature, and rating of the machinery and mechanical and other equipment. When required by this contract or by the Contracting Officer, the Contractor shall also obtain the Contracting Officer's approval of the material or articles which the Contractor contemplates incorporating into the work. When requesting approval, the Contractor shall provide full information concerning the material or articles. When directed to do so, the Contractor shall submit samples for approval at the Contractor's expense, with all shipping charges prepaid. Machinery, equipment, material, and articles that do not have the required approval shall be installed or used at the risk of subsequent rejection.

(c) All work under this contract shall be performed in a skillful and workmanlike manner. The Contracting Officer may require, in writing, that the Contractor remove from the work any employee the Contracting Officer deems incompetent, careless, or otherwise objectionable.

(End of clause)

6 SUBCONTRACTS (LABOR STANDARDS)

(a) The Contractor or subcontractor shall insert in any subcontracts the clauses entitled Davis-Bacon Act, Contract Work Hours and Safety Standards Act--Overtime Compensation, Apprentices and Trainees, Payrolls and Basic Records, Compliance with Copeland Act Requirements, Withholding of Funds, Subcontracts (Labor Standards), Contract Termination--Debarment, Disputes Concerning Labor Standards, Compliance with Davis-Bacon and Related Act Regulations, and Certification of Eligibility, and such other clauses as the Contracting Officer may, by appropriate instructions, require, and also a clause requiring subcontractors to include these clauses in any lower tier subcontracts. The Prime Contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor with all the contract clauses cited in this paragraph.

(b)(1) Within 14 days after award of the contract, the Contractor shall

deliver to the Contracting Officer a completed Statement and Acknowledgment Form (SF 1413) for each subcontract, including the subcontractor's signed and dated acknowledgment that the clauses set forth in paragraph (a) of this clause have been included in the subcontract.

(2) Within 14 days after the award of any subsequently awarded subcontract the Contractor shall deliver to the Contracting Officer an updated completed SF 1413 for such additional subcontract.

(End of clause)

## 7 CONVICT LABOR

The Contractor agrees not to employ in the performance of this contract any person undergoing a sentence of imprisonment which has been imposed by any court of a State, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, or the Trust Territory of the Pacific Islands. This limitation, however, shall not prohibit the employment by the Contractor in the performance of this contract of persons on parole or probation to work at paid employment during the term of their sentence or persons who have been pardoned or who have served their terms. Nor shall it prohibit the employment by the Contractor in the performance of this contract of persons confined for violation of the laws of any of the States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, or the Trust Territory of the Pacific Islands who are authorized to work at paid employment in the community under the laws of such jurisdiction, if--

(a)(1) The worker is paid or is in an approved work training program on a voluntary basis;

(2) Representatives of local union central bodies or similar labor union organizations have been consulted;

(3) Such paid employment will not result in the displacement of employed workers, or be applied in skills, crafts, or trades in which there is a surplus of available gainful labor in the locality, or impair existing contracts for services; and

(4) The rates of pay and other conditions of employment will not be less than those paid or provided for work of a similar nature in the locality in which the work is being performed; and

(b) The Attorney General of the United States has certified that the work-release laws or regulations of the jurisdiction involved are in conformity with the requirements of Executive Order 11755, as amended by Executive Orders 12608 and 12943.

(End of clause)

8 CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION

(a) Overtime requirements. No Contractor or subcontractor contracting for any part of the contract work which may require or involve the employment of laborers or mechanics (see Federal Acquisition Regulation (FAR) 22.300) shall require or permit any such laborers or mechanics in any workweek in which the individual is employed on such work to work in excess of 40 hours in such workweek unless such laborer or mechanic receives compensation at a rate not less than 1 1/2 times the basic rate of pay for all hours worked in excess of 40 hours in such workweek.

(b) Violation; liability for unpaid wages; liquidated damages. In the event of any violation of the provisions set forth in paragraph (a) of this clause, the Contractor and any subcontractor responsible therefor shall be liable for the unpaid wages. In addition, such Contractor and subcontractor shall be liable to the United States (in the case of work done under contract for the District of Columbia or a territory, to such District or to such territory), for liquidated damages. Such liquidated damages shall be computed with respect to each individual laborer or mechanic employed in violation of the provisions set forth in paragraph (a) of this clause in the sum of $10 for each calendar day on which such individual was required or permitted to work in excess of the standard workweek of 40 hours without payment of the overtime wages required by provisions set forth in paragraph (a) of this clause.

(c) Withholding for unpaid wages and liquidated damages. The Contracting Officer shall upon his or her own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld, from any moneys payable on account of work performed by the Contractor or subcontractor under any such contract or any other Federal contract with the same Prime Contractor, or any other Federally-assisted contract subject to the Contract Work Hours and Safety Standards Act which is held by the same Prime Contractor, such sums as may be determined to be necessary to satisfy any liabilities of such Contractor or subcontractor for unpaid wages and liquidated damages as provided in the provisions set forth in paragraph (b) of this clause.

(d) Payrolls and basic records. (1) The Contractor or subcontractor shall maintain payrolls and basic payroll records during the course of contract work and shall preserve them for a period of 3 years from the completion of the contract for all laborers and mechanics working on the

contract. Such records shall contain the name and address of each such employee, social security number, correct classifications, hourly rates of wages paid, daily and weekly number of hours worked, deductions made, and actual wages paid. Nothing in this paragraph shall require the duplication of records required to be maintained for construction work by Department of Labor regulations at 29 CFR 5.5(a)(3) implementing the Davis-Bacon Act.

(2) The records to be maintained under paragraph (d)(1) of this clause shall be made available by the Contractor or subcontractor for inspection, copying, or transcription by authorized representatives of the Contracting Officer or the Department of Labor. The Contractor or subcontractor shall permit such representatives to interview employees during working hours on the job.

(e) Subcontracts. The Contractor or subcontractor shall insert in any subcontracts exceeding $100,000, the provisions set forth in paragraph (a) through (e) of this clause and also a clause requiring the subcontractors to include these provisions in any lower tier subcontracts. The Prime Contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor with the provisions set forth in paragraph (a) through (e) of this clause.

(End of clause)

9 AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS

(a) Definitions.

"Appropriate office of the State employment service system," as used in this clause, means the local office of the Federal-State national system of public employment offices assigned to serve the area where the employment opening is to be filled, including the District of Columbia, Guam, and Puerto Rico, Virgin Islands, American Samoa, and the Trust Territory of the Pacific Islands.

"Openings that the Contractor proposes to fill from within its own organization," as used in this clause, means employment openings for which no one outside the Contractor's organization (including any affiliates, subsidiaries, and the parent companies) will be considered and includes any openings that the Contractor proposes to fill from regularly established "recall" lists.

"Openings that the Contractor proposes to fill under a customary and traditional employer-union hiring arrangement," as used in this clause, means employment openings that the Contractor proposes to fill from union halls, under their customary and traditional employer-union hiring

relationship.
"Suitable employment openings," as used in this clause--
(1) Includes, but is not limited to, openings that occur in jobs categorized as--
(i) Production and nonproduction;
(ii) Plant and office;
(iii) Laborers and mechanics;
(iv) Supervisory and nonsupervisory;
(v) Technical; and
(vi) Executive, administrative, and professional positions compensated on a salary basis of less than $25,000 a year; and
(2) Includes full-time employment, temporary employment of over 3 days, and part-time employment, but not openings that the Contractor proposes to fill from within its own organization or under a customary and traditional employer-union hiring arrangement, nor openings in an educational institution that are restricted to students of that institution.
(b) General. (1) Regarding any position for which the employee or applicant for employment is qualified, the Contractor shall not discriminate against the individual because the individual is a special disabled or Vietnam Era veteran. The Contractor agrees to take affirmative action to employ, advance in employment, and otherwise treat qualified special disabled and Vietnam Era veterans without discrimination based upon their disability or veterans' status in all employment practices such as--
(i) Employment;
(ii) Upgrading;
(iii) Demotion or transfer;
(iv) Recruitment;
(v) Advertising;
(vi) Layoff or termination;
(vii) Rates of pay or other forms of compensation; and
(viii) Selection for training, including apprenticeship.
(2) The Contractor agrees to comply with the rules, regulations, and relevant orders of the Secretary of Labor (Secretary) issued under the Vietnam Era Veterans' Readjustment Assistance Act of 1972 (the Act), as amended.
(c) Listing openings. (1) The Contractor agrees to list all suitable employment openings existing at contract award or occurring during contract performance, at an appropriate office of the State employment service system in the locality where the opening occurs. These openings include those occurring at any Contractor facility, including one not connected with performing this contract. An independent corporate affiliate is exempt from this requirement.
(2) State and local NAFI agencies holding Federal contracts of

$10,000 or more shall also list all their suitable openings with the appropriate office of the State employment service.

(3) The listing of suitable employment openings with the State employment service system is required at least concurrently with using any other recruitment source or effort and involves the obligations of placing a bona fide job order, including accepting referrals of veterans and nonveterans. This listing does not require hiring any particular job applicant or hiring from any particular group of job applicants and is not intended to relieve the Contractor from any requirements of Executive orders or regulations concerning nondiscrimination in employment.

(4) Whenever the Contractor becomes contractually bound to the listing terms of this clause, it shall advise the State employment service system, in each State where it has establishments, of the name and location of each hiring location in the State. As long as the Contractor is contractually bound to these terms and has so advised the State system, it need not advise the State system of subsequent contracts. The Contractor may advise the State system when it is no longer bound by this contract clause.

(5) Under the most compelling circumstances, an employment opening may not be suitable for listing, including situations when (i) the NAïf's needs cannot reasonably be supplied, (ii) listing would be contrary to national security, or (iii) the requirement of listing would not be in the NAïf's interest.

(d) Applicability. (1) This clause does not apply to the listing of employment openings which occur and are filled outside the 50 States, the District of Columbia, Puerto Rico, Guam, Virgin Islands, American Samoa, and the Trust Territory of the Pacific Islands.

(2) The terms of paragraph (c) above of this clause do not apply to openings that the Contractor proposes to fill from within its own organization or under a customary and traditional employer-union hiring arrangement. This exclusion does not apply to a particular opening once an employer decides to consider applicants outside of its own organization or employer-union arrangement for that opening.

(e) Postings. (1) The Contractor agrees to post employment notices stating (i) the Contractor's obligation under the law to take affirmative action to employ and advance in employment qualified special disabled veterans and veterans of the Vietnam era, and (ii) the rights of applicants and employees.

(2) These notices shall be posted in conspicuous places that are available to employees and applicants for employment. They shall be in a form prescribed by the Director, Office of Federal Contract Compliance Programs, Department of Labor (Director), and provided by or through the Contracting Officer.

(3) The Contractor shall notify each labor union or representative of workers with which it has a collective bargaining agreement or other contract understanding, that the Contractor is bound by the terms of the Act, and is committed to take affirmative action to employ, and advance in employment, qualified special disabled and Vietnam Era veterans.

(f) Noncompliance. If the Contractor does not comply with the requirements of this clause, appropriate actions may be taken under the rules, regulations, and relevant orders of the Secretary issued pursuant to the Act.

(g) Subcontracts. The Contractor shall include the terms of this clause in every subcontract or purchase order of $10,000 or more unless exempted by rules, regulations, or orders of the Secretary. The Contractor shall act as specified by the Director to enforce the terms, including action for noncompliance.

(End of clause)

10 AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS

(a) General. (1) Regarding any position for which the employee or applicant for employment is qualified, the Contractor shall not discriminate against any employee or applicant because of physical or mental handicap. The Contractor agrees to take affirmative action to employ, advance in employment, and otherwise treat qualified handicapped individuals without discrimination based upon their physical or mental handicap in all employment practices such as--

(i) Employment;
(ii) Upgrading;
(iii) Demotion or transfer;
(iv) Recruitment;
(v) Advertising;
(vi) Layoff or termination;
(vii) Rates of pay or other forms of compensation; and
(viii) Selection for training, including apprenticeship.

(2) The Contractor agrees to comply with the rules, regulations, and relevant orders of the Secretary of Labor (Secretary) issued under the Rehabilitation Act of 1973 (29 U.S.C. 793) (the Act), as amended.

(b) Postings. (1) The Contractor agrees to post employment notices stating (i) the Contractor's obligation under the law to take affirmative action to employ and advance in employment qualified handicapped individuals and (ii) the rights of applicants and employees.

(2) These notices shall be posted in conspicuous places that are