# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STRUCTURAL CONCEPTS, INC., Plaintiff, | : | No. 05-441 C |
| v. | : | (Judge Horn) |
| UNITED STATES OF AMERICA, Defendant. | : | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41 of the Rules of the United States Court of Federal Claims, Plaintiff Structural Concepts, Inc. hereby dismisses the Complaint filed on April 4, 2005.

Respectfully submitted,

RHOADS & SINON LLP

By: Kelly H. Decker

David W. Francis
Kelly H. Decker
One South Market Square
P. O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff
Structural Concepts, Inc.

Date: July 22, 2005



572390 1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2005, a true and correct copy of the foregoing NOTICE OF DISMISSAL was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Tara K. Hogan, Esquire
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Kelly H Decker
Kelly H. Decker