# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**STRUCTURAL CONCEPTS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-441C**
**Filed: July 25, 2005**

## ORDER

The court is in receipt of the plaintiff's notice of dismissal in the above-captioned case, filed July 22, 2005. After discussions with the parties, the plaintiff's attorney stated that its dismissal is intended to be with prejudice. Pursuant to plaintiff's notice of dismissal and Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, all claims in this case are, hereby, **DISMISSED**, with prejudice, with each party to bear its own costs, attorneys' fees and expenses. The Clerk's Office shall enter **JUDGMENT** consistent with this order.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**