# In the United States Court of Federal Claims

**No. 05-441 C**

**STRUCTURAL CONCEPTS, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed July 25, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Brian Bishop
Clerk of Court

**July 26, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.